IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:09-CV-40-GCM

| | |
|---|---|
| WILLIAM G. BARBER; and ) <br> MELINDA BARBER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> COUNTRYWIDE HOME LOANS, ) <br> INC.; VIP JIMMY MUNOZ, ) <br> SHEILA ZUCKERMAN; and ) <br> ADRIAN ELY, ) <br> ) <br> Defendants. ) <br> _____) | ORDER |

This matter is before the Court upon the memorandum and recommendation of United States Magistrate Dennis L. Howell, filed October 7, 2009. The parties were advised that pursuant to 28 U.S.C. § 636(b)(1)(C), written objections to the memorandum and recommendation must be filed within 10 days after service of the memorandum. The Plaintiffs timely filed an objection.

After an independent and thorough review of the magistrate's memorandum, Plaintiffs' objections thereto, and a de novo review of the record, the Court concludes that the recommendation to grant Defendants' Motion to Dismiss is correct and in accordance with law. Accordingly, the findings and conclusions of the magistrate are accepted, and the Defendants' Motion to Dismiss is GRANTED as to all parties.

The Court notes that Sheila Zuckerman was never properly served with process in this case, and therefore Ms. Zuckerman is not listed as a party on the docket although her name

appears in the caption.

IT IS THEREFORE ORDERED that the memorandum and recommendation of the magistrate is hereby AFFIRMED.

Signed: January 25, 2010

Graham C. Mullen
United States District Judge