# United States District Court
## For The Western District of North Carolina
## Bryson City Division

William G. Barber et al,

         Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                  2:09cv40

Countrywide Home Loans, Inc.,

         Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 01/25/2010 Order.

FRANK G. JOHNS, CLERK

Signed: January 25, 2010

Frank G. Johns, Clerk
United States District Court